**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | *Lynch Family Chiropractic, PC* |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | *DBA  HealthSource of Rockford* |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | *26-2039163* |

4.    **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| *3806 E State Street, Ste 101* *Rockford, IL 61108* | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| *Winnebago* | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5.    **Debtor's website** (URL)    _____

6.    **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   *Lynch Family Chiropractic, PC*
_____   Case number (*if known*) _____
Name

**7.** **Describe debtor's business**   A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | *Richard J Lynch* | Relationship | *Owner* |
| | District | *ND IL WD* | When | _____ | Case number, if known | _____ |

Debtor  *Lynch Family Chiropractic, PC*
　　　　Name
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*) _____

---

**11. Why is the case filed in**      *Check all that apply:*
　　　**this district?**

　　　　　　　■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
　　　　　　　　preceding the date of this petition or for a longer part of such 180 days than in any other district.

　　　　　　　☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**      ■ No
　　　**have possession of any**      ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
　　　**real property or personal**
　　　**property that needs**
　　　**immediate attention?**      **Why does the property need immediate attention?** (*Check all that apply.*)

　　　　　　　☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　　　　　　　　What is the hazard? _____

　　　　　　　☐ It needs to be physically secured or protected from the weather.

　　　　　　　☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
　　　　　　　　livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

　　　　　　　☐ Other _____

　　　　　　　**Where is the property?** _____
　　　　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

　　　　　　　**Is the property insured?**

　　　　　　　☐ No

　　　　　　　☐ Yes.  Insurance agency _____

　　　　　　　　　　Contact name _____

　　　　　　　　　　Phone _____

---

　　　　　　**Statistical and administrative information**

**13. Debtor's estimation of**      .    *Check one:*
　　　**available funds**

　　　　　　　☐ Funds will be available for distribution to unsecured creditors.

　　　　　　　■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**     ■ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000
　　　**creditors**         ☐ 50-99           ☐ 5001-10,000        ☐ 50,001-100,000
　　　　　　　　　　　☐ 100-199          ☐ 10,001-25,000       ☐ More than100,000
　　　　　　　　　　　☐ 200-999

---

**15. Estimated Assets**      ■ $0 - $50,000          ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
　　　　　　　　　　☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
　　　　　　　　　　☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
　　　　　　　　　　☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16. Estimated liabilities**     ☐ $0 - $50,000          ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
　　　　　　　　　　☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
　　　　　　　　　　☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
　　　　　　　　　　■ $500,001 - $1 million      ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

Debtor    *Lynch Family Chiropractic, PC*                                  Case number (*if known*) _____
          Name

�they Request for Relief, Declaration, and Signatures

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *08/16/2017*
               MM / DD / YYYY

X _____              *Richard Lynch*
  Signature of authorized representative of debtor    Printed name

Title    *President*

---

**18. Signature of attorney**    X _____    Date    *08/16/2017*
                                   Signature of attorney for debtor              MM / DD / YYYY

*Bernard J. Natale*
Printed name

*Bernard J. Natale, Ltd*
Firm name

*Edgebrook Office Center*
*1639 N. Alpine Road, Suite 401*
*Rockford, IL 61107*
Number, Street, City, State & ZIP Code

Contact phone    *(815) 964-4700*    Email address    *natalelaw@bjnatalelaw.com*

*2018683   Illinois*
Bar number and State

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | *Lynch Family Chiropractic, PC* |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/16/2017        X _____
                                Signature of individual signing on behalf of debtor

                                **Richard Lynch**
                                Printed name

                                **President**
                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name      *Lynch Family Chiropractic, PC*

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................      $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................      $ _____ 36,601.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................      $ _____ 36,601.00

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................      $ _____ 356,785.66

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................      $ _____ 60,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................      +$ _____ 159,879.71

4. Total liabilities ..............................................................................................
   Lines 2 + 3a + 3b                                                                                                    $ _____ 576,665.37

**Fill in this information to identify the case:**

Debtor name   *Lynch Family Chiropractic, PC*

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.     **Cash on hand** | *$200.00* |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   *Rockford Bank & Trust* | *Checking* | *9866* | *$3,300.00* |
| 3.2.   *Alpine Bank* | *Checking* | *1900* | *$100.00* |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     *$3,600.00*

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

Debtor   **Lynch Family Chiropractic, PC**                    Case number *(If known)* _____
Name

---

11.     **Accounts receivable**

11a. 90 days old or less:    **40,000.00**  -  **20,000.00**  = ....    **$20,000.00**

face amount              doubtful or uncollectible accounts

---

12.     **Total of Part 3.**                                             **$20,000.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

| Part 4: | Investments |

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** *Vitamins and Supplements* | *07/2017* | *$0.00* | *Recent cost* | *$100.00* |

---

23.     **Total of Part 5.**                                             **$100.00**

Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | *Lynch Family Chiropractic, PC* | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture *Small complement of office equipment and furnishings* | *$0.00* | *Liquidation* | *$200.00* |
| 40. Office fixtures | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software *3 computers and accessories* | *$0.00* | *Liquidation* | *$200.00* |
| 42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. Total of Part 7. Add lines 39 through 42.  Copy the total to line 86. | *$400.00* |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1.  *2011 Dodge Durango* | *$0.00* | *Comparable sale* | *$11,000.00* |
| 48. Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. Aircraft and accessories | | | |
| 50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment) *Complement of chiropractic equipment* | *$0.00* | *Liquidation* | *$1,500.00* |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **_Lynch Family Chiropractic, PC_**                Case number *(If known)* _____
            Name

| **_Orthotic Scanner & Equipment (Leased)_** | _$0.00_ | _N/A_ | _$0.00_ |

51.    **Total of Part 8.**                                                          | $12,500.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:      Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations**<br>_Patient List_ | _$0.00_ | _N/A_ | _$0.00_ |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                          | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **_Lynch Family Chiropractic, PC_** | Case number *(If known)* _____ |
|--------|--------|--------|
|  | Name |  |

| Part 11: | All other assets |
|----------|------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|--|-----------------------------------|

**71.** **Notes receivable**
Description (include name of obligor)
**_Loans to officer (filed Chapter 7 Bankruptcy)_**    94,000.00  -  94,000.00  =

Total face amount    doubtful or uncollectible amount    **_$0.00_**

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**
**_NYLIC Term Insurance (assignment collateral to Rockford Bank & Trust)_**    **_$1.00_**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    **_$1.00_**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **_Lynch Family Chiropractic, PC_**    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | *$3,600.00* | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | *$0.00* | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | *$20,000.00* | |
| 83. **Investments.** *Copy line 17, Part 4.* | *$0.00* | |
| 84. **Inventory.** *Copy line 23, Part 5.* | *$100.00* | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | *$0.00* | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | *$400.00* | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | *$12,500.00* | |
| 88. **Real property.** *Copy line 56, Part 9.....................................>* | | *$0.00* |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | *$0.00* | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + *$1.00* | |
| 91. **Total.** Add lines 80 through 90 for each column | *$36,601.00* + 91b. | *$0.00* |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | *$36,601.00* |

**Fill in this information to identify the case:**

Debtor name    *Lynch Family Chiropractic, PC*

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Citizens One Auto Finance**<br>Creditor's Name<br><br>*ROP18P*<br>*PO Box 7000*<br>*Providence, RI 02940*<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>*11/2011*<br>**Last 4 digits of account number**<br>*8770*<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>*2011 Dodge Durango*<br><br><br>Describe the lien<br>*Purchase Money Security*<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,000.00 | $11,000.00 |
| **2.2** **Dell Business Credit**<br>Creditor's Name<br><br>*c/o: DFS Customer Care Dept*<br>*PO Box 81577*<br>*Austin, TX 78708-1577*<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>*7865*<br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>*Computer*<br><br><br>Describe the lien<br>*Purchase Money Security*<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $785.66 | *Unknown* |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Lynch Family Chiropractic, PC** | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Rockford Bank & Trust Company** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**SBA Loan- all business property, term life, 2nd mortgage on Richard Lynch's homestead**

$240,000.00      $68,501.00

**PO Box 1748**
**Rockford, IL 61110**

Creditor's mailing address

**Describe the lien**
**Blanket UCC on all business property; Assignment of Term Ins.; 2nd Mortgage**
**Is the creditor an insider or related party?**

☒ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**01/2010**

**Last 4 digits of account number**
**6995**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Rockford Bank & Trust Company** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**Term Loan - all business property, term life, 2nd mortgage on Richard Lynch's homestead**

$41,000.00      $68,501.00

**PO Box 1748**
**Rockford, IL 61110**

Creditor's mailing address

**Describe the lien**
**Blanket UCC on all business property; Assignment of Term Ins.; 2nd Mortgage**
**Is the creditor an insider or related party?**

☒ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8693**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Rockford Bank & Trust Company** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**Line of Credit- all business property, term life, 2nd mortgage on Richard Lynch's homestead**

$64,000.00      $68,501.00

**PO Box 1748**
**Rockford, IL 61110**

Creditor's mailing address

**Describe the lien**

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 2 of 3 |
|---|---|---|

Debtor    **Lynch Family Chiropractic, PC**    Case number *(if know)*
Name

*Blanket UCC on all business property;*
*Assignment of Term Ins.; 2nd mortgage*

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
*8807*

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

**Do multiple creditors have an interest in the same property?**

☐ Unliquidated

■ No

☐ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $356,785.66 |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| *Small Business Administration*<br>*500 W. Madison Street - Suite 1250*<br>*Chicago, IL 60661-2511* | Line _2.3_ | *6995* |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __*Lynch Family Chiropractic, PC*__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>*Internal Revenue Service*<br>*Centralized Insolvency*<br>*PO Box 7346*<br>*Philadelphia, PA 19101-7346* | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $60,000.00 | $60,000.00 |
| Date or dates debt was incurred | Basis for the claim:<br>*Taxes* | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims
3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>*American Express*<br><br>*PO Box 297814*<br>*Fort Lauderdale, FL 33329-7879* | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27,988.51 |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __*3009*__ | Basis for the claim:  *Credit Card*<br><br>Is the claim subject to offset?  ☐ No  ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>*Bank of America*<br>*PO Box 982238*<br>*El Paso, TX 79998-2238* | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,738.47 |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __*8075*__ | Basis for the claim:  *Business Credit Card*<br><br>Is the claim subject to offset?  ☒ No  ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    36076                    Best Case Bankruptcy

| Debtor | *Lynch Family Chiropractic, PC* | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35,912.35**

*Bank of America*
*PO Box 982234*
*El Paso, TX 79998-2234*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Credit Card*

Last 4 digits of account number **5353**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36,086.40**

*Funding Circle USA Inc*
*PO Box 398383*
*San Francisco, CA 94139-8383*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/2016**

**Basis for the claim:** *Business Loan and Security Agreement*

Last 4 digits of account number **6448**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,000.00**

*Olson Enterprises LLC*
*4010 E State Street*
*Rockford, IL 61108*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Inv. #4366 and balance forward*

Last 4 digits of account number **0103**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,500.00**

*OnDeck Capital*
*Client Services*
*901 N Stuart Street, Ste. 700*
*Arlington, VA 22203*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Business Line of Credit*

Last 4 digits of account number **4509**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$251.29**

*Safeguard Business Systems*
*Attn: Deb Moudy*
*PO Box 467*
*Mendota, IL 61342*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Business Invoice #032261761*

Last 4 digits of account number **M21D**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,402.69**

*USBank*
*Cardmember Services*
*PO Box 6353*
*Fargo, ND 58125-6353*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *HealthSource Business Credit Card*

Last 4 digits of account number **4178**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00**

*Wells Fargo Business Direct*
*MAC S4101-050*
*PO Box 29482*
*Phoenix, AZ 85038-9482*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Business Credit Card*

Last 4 digits of account number **2548**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    *Lynch Family Chiropractic, PC*
Name

Case number *(if known)*

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | *FC Marketplace LLC*<br>*747 Front Street*<br>*4th Floor*<br>*San Francisco, CA 94111* | Line  _3.4_<br><br>☐ Not listed. Explain ____ | _6448_ |
| 4.2 | *Internal Revenue Service*<br>*Mail Stop 5013 CHI*<br>*230 S. Dearborn St.*<br>*Chicago, IL 60604* | Line  _2.1_<br><br>☐ Not listed. Explain ____ | _ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 60,000.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ 159,879.71 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 219,879.71 |

**Fill in this information to identify the case:**

Debtor name    *Lynch Family Chiropractic, PC*

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest  *Orthotics Scanner and Equipment* <br><br> State the term remaining <br><br> List the contract number of any government contract  _____ | *MOJO Feet* <br> *4925 S. Santa Fe Drive* <br> *Suite 400* <br> *Littleton, CO 80120* |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest  *Commercial lease* <br><br> State the term remaining  *2 1/2 years* <br><br> List the contract number of any government contract  _____ | *Olson Enterprises LLC* <br> *4010 E State Street* <br> *Rockford, IL 61108* |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____ *Lynch Family Chiropractic, PC*_____

United States Bankruptcy Court for the: _____NORTHERN DISTRICT OF ILLINOIS_____

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | *Richard Lynch* | *5173 Pepper Drive*<br>*Rockford, IL 61114* | *Citizens One Auto Finance* | ☑ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | *Richard Lynch* | *5173 Pepper Drive*<br>*Rockford, IL 61114* | *Rockford Bank & Trust Company* | ☑ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | *Richard Lynch* | *5173 Pepper Drive*<br>*Rockford, IL 61114* | *Rockford Bank & Trust Company* | ☑ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | *Richard Lynch* | *5173 Pepper Drive*<br>*Rockford, IL 61114* | *Rockford Bank & Trust Company* | ☑ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | *Richard Lynch* | *5173 Pepper Drive*<br>*Rockford, IL 61114* | *Dell Business Credit* | ☑ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

Debtor   *Lynch Family Chiropractic, PC*                                  Case number *(if known)* _____

| | |
|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                                    *Column 2:* **Creditor**

2.6   **Richard Lynch**           **5173 Pepper Drive**              **Olson Enterprises**          ☐ D _____
                              **Rockford, IL 61114**                                              ☐ E/F _____
                                                                                                 ■ G ___**2.2**___

**Fill in this information to identify the case:**

Debtor name      *Lynch Family Chiropractic, PC*

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
  amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| *From the beginning of the fiscal year to filing date:*<br>From  *1/01/2017* to *Filing Date* | ■ Operating a business<br>☐ Other  _____ | $261,173.76 |
| *For prior year:*<br>From  *1/01/2016* to *12/31/2016* | ■ Operating a business<br>☐ Other  _____ | $481,860.00 |
| *For year before that:*<br>From  *1/01/2015* to *12/31/2015* | ■ Operating a business<br>☐ Other  _____ | $591,427.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

Debtor   *Lynch Family Chiropractic, PC*   Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None—

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Debtor    *Lynch Family Chiropractic, PC*    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| *Bank account compromised through suspicious activity on account* | *Activity monitored by bank, charges denied and debtor ultimately sustained no loss other than overdraft fees estimated herein.* | *06/2017* | *$400.00* |

---

### Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | *Bernard J. Natale, Ltd*<br>*Edgebrook Office Center*<br>*1639 N. Alpine Road, Suite 401*<br>*Rockford, IL 61107* | *Attorney Fees & Costs* | *08/2017* | *$3,000.00* |
| | Email or website address<br>*natalelaw@bjnatalelaw.com* | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

---

Debtor    *Lynch Family Chiropractic, PC*    Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|
|  |  |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | *Lynch Family Chiropractic, PC*<br>*3806 E State Street, Ste 101*<br>*Rockford, IL 61108* | *Chiropractic* | *300* |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>*Debtor's business site* | **How are records kept?**<br><br>*Check all that apply:*<br><br>■ Electronically<br>■ Paper |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   *Patient address, phone, and social security*
   Does the debtor have a privacy policy about that information?
   ☐ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    **Lynch Family Chiropractic, PC**                                    Case number *(if known)*

---

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Rockford Bank & Trust Company<br>PO Box 1748<br>Rockford, IL 61110** | XXXX-**9973** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | *06/2017* | *$0.00* |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Lynch Family Chiropractic, PC**                                          Case number *(if known)*

☑ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| | | | **Dates business existed** |
| 25.1. | *Lynch Family Chiropractic PC* *3806 E State Street* *Suite 101* *Rockford, IL 61108* | *Chiropractic Services* | EIN:    *26-2039163* From-To    *2008-2017* |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | *Angela Galloway* *AGI Tax Solutions LLC* *4075 N Perryville Rd* *Loves Park, IL 61111-8653* | *2008 -2017* |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    *Lynch Family Chiropractic, PC*_____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  *Angela Galloway*<br>*AGI Tax Solutions LLC*<br>*4075 N Perryville Rd*<br>*Loves Park, IL 61111-8659* | *2008 - 2017* |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  *Richard Lynch*<br>*5173 Pepper Drive*<br>*Rockford, IL 61114* | *2008 - 2017* |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  *Richard Lynch*<br>*5173 Pepper Drive*<br>*Rockford, IL 61114* | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  *Rockford Bank & Trust Company*<br>*PO Box 1748*<br>*Rockford, IL 61110* |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Richard Lynch* | *5173 Pepper Drive*<br>*Rockford, IL 61114* | *President* | *100%* |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    *Lynch Family Chiropractic, PC* _____ Case number *(if known)* _____

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | *Richard Lynch*<br>*5173 Pepper Drive*<br>*Rockford, IL 61114* | *$98,149*<br>*$175,039* | *2016* | *Wages*<br>*Distributions (per K-1)* |
| | **Relationship to debtor**<br>*Owner/President* | | | |
| 30.2. | *Richard Lynch*<br>*5173 Pepper Drive*<br>*Rockford, IL 61114* | *$31,250.00*<br>*$40,200.00* | *YTD 2017* | *Wages*<br>*Distributions* |
| | **Relationship to debtor**<br>*Owner/President* | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    *Lynch Family Chiropractic, PC*                                    Case number *(if known)* _____

---

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/16/2017

_____
Signature of individual signing on behalf of the debtor

*Richard Lynch*
_____
Printed name

Position or relationship to debtor    *President*    _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Illinois

In re __Lynch Family Chiropractic, PC__

Debtor(s)

Case No. _____

Chapter __7__

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing: $ *37,310.54*

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income $ *37,310.54*

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ *7,887.50* |
| 4. Payroll Taxes | *1,064.25* |
| 5. Unemployment Taxes | *0.00* |
| 6. Worker's Compensation | *0.00* |
| 7. Other Taxes | *398.75* |
| 8. Inventory Purchases (Including raw materials) | *0.00* |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | *0.00* |
| 10. Rent (Other than debtor's principal residence) | *700.57* |
| 11. Utilities | *431.79* |
| 12. Office Expenses and Supplies | *1,401.19* |
| 13. Repairs and Maintenance | *96.43* |
| 14. Vehicle Expenses | *325.67* |
| 15. Travel and Entertainment | *201.04* |
| 16. Equipment Rental and Leases | *0.00* |
| 17. Legal/Accounting/Other Professional Fees | *1,153.57* |
| 18. Insurance | *637.68* |
| 19. Employee Benefits (e.g., pension, medical, etc.) | *0.00* |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| *Advertising & Promotions* | *282.02* |
| *Bank & Credit Card Charges* | *513.55* |
| *Depreciation* | *232.75* |
| *Dues and Subscriptions* | *96.66* |
| *Interest Expenses* | *2,113.48* |
| *Telephone and Communications* | *766.26* |
| *Outside Services* | *801.31* |
| *Royalties* | *1,071.43* |
| *Seminars, Education & Books* | *8.43* |
| *Other Expenses* | *4,500.35* |
| *Officer Wages* | *5,157.14* |

22. Total Monthly Expenses (Add items 3-21) $ *29,841.82*

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) $ *7,468.72*

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Lynch Family Chiropractic, PC**
_____ Debtor(s)

Case No. _____
Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,665.00** |
| Prior to the filing of this statement I have received | $ | **2,665.00** |
| Balance Due | $ | **0.00** |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/16/2017
_____
Date

_Bernard J. Natale 2018683   Illinois_
_Signature of Attorney_
**Bernard J. Natale Ltd**
**Edgebrook Office Center**
**1639 N. Alpine Road, Suite 401**
**Rockford, IL 61107**
**(815) 964-4700  Fax: (815) 316-4646**
**natalelaw@bjnatalelaw.com**
_Name of law firm_

---

### Chapter 7 Bankruptcy Fee Agreement

Federal law requires the execution of a written agreement between attorney and client for Bankruptcy representation. Signing this agreement shall engage the services of *Bernard J. Natale, Ltd.,* hereinafter "**Attorney**" for Bankruptcy representation pursuant to Title 11, United States Code.

*Whereas,* LYNCH FAMILY CHIROPRACTIC, PC c/o: ~~ROBERT~~ *RICHARD* J. LYNCH, PRESIDENT desires to engage the services of **Attorney** to represent client's interest in connection with Bankruptcy Proceedings, to be filed within four (4) months of this Agreement, **Attorney** and client do hereby agree:

1.  ☑ Client shall pay to **Attorney** for the services described below in paragraph 2, the base fee of **$ 2665.00** plus costs of **$335.00**, prior to case filing.

2.  ☑ The **Attorney** base fee shall include services rendered *pre-petition* as follows: **Attorney** shall interview client, analyze, prepare and file a Chapter 7 Bankruptcy Petition and appear at the first meeting of creditors held pursuant to 11 U.S.C. 341. **Attorney** shall further review and advise with respect to reaffirmation agreements. *Whether or not a Chapter 7 bankruptcy petition is filed, all fees paid are not refundable.*

3.  ☑ After the filing of a Chapter 7 Bankruptcy Petition, as contemplated herein, any other services provided by **Attorney** deemed necessary and incidental to the bankruptcy proceeding shall be considered *post-petition* services not contemplated by the fee agreed to in paragraph 1. The base fee does not include preparation of amendments to Bankruptcy Schedules, including, but not limited to, amended schedules to add creditors not listed in the original petition. These services will be billed at **Attorney**'s hourly rate plus cost of Court filing fees.

4.  ☑ The base fee does not include representation in any *post-petition* services which may occur, including, but not limited to, court appearances for dischargeability issues, judicial lien avoidances, relief from stay actions, or any adversary proceedings. These services will be billed at **Attorney**'s hourly rate plus cost of Court filing fees, client will be billed and, by signature below, agrees to pay, *post-petition.*

5.  ☑ The failure of client to pay for *post-petition* services when the same become due and payable, as set forth above, shall constitute cause for **Attorney** to withdraw as attorney of record and cease all further services to client. Any withdrawal as attorney for client shall not be deemed a waiver of fees due and payable. *Client agrees to pay all reasonable costs of collection of any unpaid fees and costs, including reasonable attorney fees incurred in collection.*

6.  ☑ By executing this agreement, client agrees that she has had an opportunity to discuss the agreement with **Attorney**, has asked any questions that have arisen, and has received understandable explanations for the questions, and is fully aware of the information contained herein.

7.  ☑ If the Debtor is any entity other than individuals, those individuals signing this contract on behalf of Debtor as client, does hereby personally guarantee payment of fees.

CLIENT                          Date:               BERNARD J. NATALE, LTD.

_____              By: _____

~~ROBERT~~ J. LYNCH, President

*Richard*

# United States Bankruptcy Court
## Northern District of Illinois

In re   *Lynch Family Chiropractic, PC*

                             Debtor(s)

Case No.

Chapter    *7*

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:       *18*

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   *08/16/2017*

*Richard Lynch*/*President*
Signer/Title

American Express
PO Box 297814
Fort Lauderdale, FL 33329-7879

Olson Enterprises Inc
4910 E State Street
Rockford, IL 61108

Bank of America
PO Box 982238
El Paso, TX 79998-2238

OnDeck Capital
Client Services
901 N Stuart Street, Ste. 700
Arlington, VA 22203

Bank of America
PO Box 982234
El Paso, TX 79998-2234

Richard Lynch
5173 Pepper Drive
Rockford, IL 61114

Citizens One Auto Finance
ROP18P
PO Box 7000
Providence, RI 02940

Rockford Bank & Trust Company
PO Box 1748
Rockford, IL 61110

Dell Business Credit
c/o: DFS Customer Care Dept
PO Box 81577
Austin, TX 78708-1577

Safeguard Business Systems
Attn: Deb Moudy
PO Box 467
Mendota, IL 61342

FC Marketplace LLC
747 Front Street
4th Floor
San Francisco, CA 94111

Small Business Administration
 500 W. Madison Street - Suite 1250
Chicago, IL 60661-2511

Funding Circle USA Inc
PO Box 398383
San Francisco, CA 94139-8383

USBank
Cardmember Services
PO Box 6353
Fargo, ND 58125-6353

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Wells Fargo Business Direct
MAC S4101-050
PO Box 29482
Phoenix, AZ 85038-9482

Internal Revenue Service
Mail Stop 5013 CHI
230 S. Dearborn St.
Chicago, IL 60604

MOJO Feet
4925 S. Santa Fe Drive
Suite 400
Littleton, CO 80120

## United States Bankruptcy Court
### Northern District of Illinois

In re   *Lynch Family Chiropractic, PC*

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   *Lynch Family Chiropractic, PC*   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

08/16/2017

Date

*Bernard J. Natale 2018683   Illinois*

Signature of Attorney or Litigant

Counsel for   *Lynch Family Chiropractic, PC*

*Bernard J. Natale, Ltd*
*Edgebrook Office Center*
*1639 N. Alpine Road, Suite 401*
*Rockford, IL 61107*
*(815) 964-4700 Fax:(815) 316-4646*
*natalelaw@bjnatalelaw.com*